KENDALL, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court,

Appellate Division, Fourth Department. March 31, 1903.) Action by Edwin A. Kendall against the Pennsylvania Railroad Company. No opinion. Judgment and order of County Court affirmed, with costs.